IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PEDRO AMARO,

        Plaintiff,

vs.

        1:20-cv-01308-MV-LF

NEW MEXICO CORRECTIONS DEPARTMENT;
CORIZON HEALTH, INC.; CENTURION
CORRECTIONAL HEALTHCARE OF NM;
DENTRUST NEW MEXICO P.C.; WEXFORD
HEALTH, INC.; DR. KAPIL GREWAL;
DR. BERNIDA IQBAL,

        Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on May 30, 2023.  Doc. 116.  The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review.  *Id*. at 11.  Objections were due on June 13, 2023.  Because Mr. Amaro is an inmate and receives orders and other documents filed with the Court by mail, pursuant to FED. R. CIV. P. 6(d), three days are added to the deadline.  Accordingly, Mr. Amaro had through June 16, 2023, to file objections.  To date, Mr. Amaro has not filed any objections and the time to do so has now passed.

    **IT IS THEREFORE ORDERED AS FOLLOWS:**

    1.    The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 116) are ADOPTED;

    2.    Mr. Amaro's Amended Complaint (Doc. 84) is DISMISSED with prejudice against defendants Dr. Kapil Grewal, Ms. C. Romero, Dr. Bernida Iqbal, Dentrust Dental International, Dentrust of New Mexico, P.C., Centurion Correctional

        Healthcare of New Mexico, Steven Wheeler, Murray Young, Corizon Health, Inc., and Wexford Health, Inc.

3.      Mr. Amaro's Amended Complaint (Doc. 84) is DISMISSED without prejudice as to all other defendants with respect to any claims not barred by the statute of limitations.

4.      Mr. Amaro's motion to amend (Doc. 91) is DENIED as futile.

_____
MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE